FILED by \_\_MM\_\_ D.C.

Oct 4, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

22-20477-CR-BLOOM/OTAZO-REYES

CASE NO. _____

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

TREVOR WRIGHT,
    a/k/a "Taliban Glizzy,"
    a/k/a "talibanglizzy,"

    Defendant.
_____/

Case: 1:22-mj-00272
Assigned to: Judge Meriweather, Robin M.
Assign Date: 12/12/2022
Description: ARREST RULE(5)

## INDICTMENT

The Grand Jury charges that:

On or about May 27, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**TREVOR WRIGHT,**
a/k/a "Taliban Glizzy,"
a/k/a "talibanglizzy,"

did knowingly possess a firearm in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one

[SPACE INTENTIONALLY LEFT BLANK]

year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A███████████████████
FOREPERSON

*[signature]*, SLC (Edward N. Stamm)
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*[signature]*
BERTILA FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY