**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 22-mj-272 |
| | : | |
| **v.** | : | |
| | : | |
| **TREVOR WRIGHT,** | : | |
| | : | |
| **Defendant.** | : | |

### JOINT MOTION TO STAY REMOVAL
### AND CONTINUE STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, as well as Defendant Trevor Wright, by and through his attorney, Maria Jacob, Esq., respectfully submit this Joint Motion to Stay Removal and Continue the July 15, 2024 Status Hearing in the above-captioned matter.

The instant matter stems from an indictment against the Defendant arising out of the Southern District of Florida. The parties agree that the Defendant's removal to the Southern District of Florida should continue to be stayed, and this case should trail the Defendant's pending D.D.C. matters in 22-cr-410 (CRC) and 23-cr-137 (CRC). The parties were engaged in plea discussions, but the Defendant decided to reject the government's offer and schedule a trial date for June 2, 2025, in the matter of 23-cr-137 (CRC).  The Defendant wishes for his other pending D.C. matter to trail case number 23-cr-137 (CRC).  Similarly, with respect to the above-captioned case, the defendant wishes for the instant matter to trail 23-cr-137 (CRC), so, depending on the outcome following trial, a possible resolution can be reached in the instant matter as well as 22-cr-410 (CRC).  The government does not oppose this request.  As such, the parties request a continued status hearing in the instant matter to be scheduled on or about June 30, 2025, once the trial in case number 23-cr-137 (CRC) has concluded.

The parties agree that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(E) ("delay resulting from any proceeding relating to the transfer of a case or the removal of any defendant from another district.") and 18 U.S.C. § 3161(h)(7)(A) (ends of justice).

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar 481052

By: */s/ Sitara Witanachchi*
    SITARA WITANACHCHI
    ANDREA DUVALL
    Assistant United States Attorneys
    D.C. Bar Number 1023007 (Witanachchi)
    AR Bar Number 2013114 (Duvall)
    United States Attorney's Office
    601 D Street NW
    Washington, D.C. 20530
    Telephone: (202) 252-2420
    Sitara.Witanachchi@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 22-mj-272 |
| | : | |
| v. | : | |
| | : | |
| **TREVOR WRIGHT,** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

Based on the representations in the Joint Motion to Stay Removal and Continue the July 15, 2024 Status Hearing, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on July 15, 2024, be continued for good cause to _____ at _____ a.m./p.m.; and it is further

**ORDERED** that the time between July 15, 2024, and _____ shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(1)(E) and 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue to work on resolving the case.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE